Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:

AMY ELIZABETH COEY

CASE NO: 12-70415-HDH-13

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   11/1/2013

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

```
AMY ELIZABETH COEY  7 GRANT GILL LN  WICHITA FALLS TX 76301
WICHITA COUNTY  PO BOX 1471  WICHITA FALLS TX 76307
EXECUTIVE SERVICES  PO BOX 2248  WICHITA FALLS TX 76307
INTERNAL REVENUE SERVICE  PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE  PO BOX 7346  PHILADELPHIA PA 19101
SPRINT  PO BOX 650338  DALLAS TX 75265
MONTE J WHITE  ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE  WICHITA FALLS TX 76301
MONTE J WHITE  ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE  WICHITA FALLS TX 76301
US ATTORNEY GENERAL  10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
UNITED STATES ATTORNEY  801 CHERRY STREET UNIT 4  FT WORTH TX 76102
BANK OF AMERICA  2733 MIDWESTERN PARKWAY  WICHITA FALLS TX 76308
FIRST BANK  4110 KELL BLVD  WICHITA FALLS TX 76309
WILLIAM T NEARY  UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
US ATTORNEY  ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
FORT SILL NATIONAL BANK  PO BOX 33009  FORT SILL OK 73503
GREGORY A ROSS  LAW OFFICES OF GREGORY A ROSS PC 4245 KEMP BLVD SUITE 308 WICHITA FALLS TX 76308
COMMUNITY HEALTH CARE CENTER  PO BOX 720  WICHITA FALLS TX 76307
DIRECT ENERGY  PO BOX 660300  DALLAS TX 75266
ASSET ACCEPTANCE LLC  PO BOX 2036  WARREN MI 48090
SERVICE LOANS  2605 5TH STREET SUITE H  WICHITA FALLS TX 76301
SANTANDER CONSUMER USA  PO BOX 560284  DALLAS TX 75356
CAPITAL LOANS  3108 5TH STREET  WICHITA FALLS TX 76301
JEFFERSON CAPITAL SYSTEMS LLC  PO BOX 7999  SAINT CLOUD MN 56302
LAMONT HANLEY & ASSOCIATES  1138 ELM STREET  MANCHESTER NH 03101
JEFFERSON CAPITAL SYSTEMS LLC  PO BOX 953185  ST LOUIS MO 63195
LVNV FUNDING  C/O RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE SC 29603
SANTANDER CONSUMER USA  PO BOX 961245  FT WORTH TX 76161
SPRINT NEXTEL - CORRESPONDENCE  ATTN  BANKRUPTCY DEPT PO BOX 7949 OVERLAND PARK KS 66207
TEXAS CAR MART INC  PO BOX 2580  BENTONVILLE AR 72712
CAR-MART OF WICHITA FALLS  2710 JACKSONBORO HWY  WICHITA FALLS TX 76302
ENHANCED RECOVERY CORP  ATTN CLIENT SERVICES 8014 BAYBERRY RD JACKSONVILLE FL 32256
TXU ELECTRIC/TXU ENERGY  ATTENTION BANKRUPTCY PO BOX 650393 DALLAS TX 75265
JUST ENERGY  5251 WESTHEIMER RD STE 1000 HOUSTON TX 77056
MIDLAND FUNDING  8875  AERO DR STE 200  SAN DIEGO CA 92123
SUN LOAN COMPANY  3146 5TH  WICHITA FALLS TX 76301
UNITED REGIONAL HEALTH CARE SYSTEMS  1600 11TH STREET  WICHITA FALLS TX 76301
TRIDENT ASSET MANAGEMENT  5755 NORTHPOINT PKWY STE  ALPHARETTA GA 30022
COTTONWOOD FINANCIAL DBA THE CASH STORE  1901 GATEWAY DRIVE STE 200  IRVING TX 75038
CITY OF WF, WFISD, WICHITA CO  C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
CONTINENTAL AKA SECURITY FINANCE CORP  SFC CENTRAL BANK-CONTINENTAL LOANS PO BOX 1893 SPARTANSBURG SC 29304
ASSET ACCEPTANCE LLC  PO BOX 1630  WARREN MI 48090
CREDIT MANAGEMENT LP  4200 INTERNATIONAL PKWY  CARROLLTON TX 75007
SPRINT NEXTEL CORRESPONDENCE  ATTN: BANKRUPTCY DEPT PO BOX 7949 OVERLAND PARK KS 66207
MCI  CAS DEPT 500 TECHNOLOGY DR WELDON SPRINGS MO 63304
AARGON AGENCY  OPS 9E CERTEGY BAD CHECK 8668 SPRING MOUNTAIN RD LAS VEGAS NV 89117
AFNI  ATTENTION BANKRUPTCY 1310 MARTIN LUTHER KING DR BLOOMINGTON IL 61701
CONTINENTAL CREDIT  2910 KEMP BLVD STE 107  WICHITA FALLS TX 76308
SUN LOAN COMPANY  3146 5TH ST  WICHITA FALLS TX 76301
THE CASH STORE  3900 SHEPPARD ACCESS RD  WICHITA FALLS TX 76308
HABITAT FOR HUMANITY OF WICHITA FALLS  1206 LAMAR ST  WICHITA FALLS TX 76301
```

CAR-MART CORP  802 SE PLAZA STE 200  BENTONVILLE AR 72712
CRS  10 FOUR SEASONS PLACE STE 1000  TORONTO ON M9B6H7
JOHN LEE INSURANCE AGENCY  3704  KELL BLVD  WICHITA FALLS TX 76309
NCO FINANCE/09  ATTENTION BANKRUPTCY 507 PRUDENTIAL RD HORSHAM PA 19044
SHEPPARD BANK  2ND & E SAFB BLDG 200  WICHITA FALLS TX 76301
AMERICAN INFOSOURCE LP  VERIZON PO BOX 248838 OKLAHOMA CITY OK 73124



U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed October 28, 2013

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

AMY ELIZABETH COEY

CASE NO: 12-70415-HDH-13

HEARING DATE: 8/21/2013
HEARING TIME: 10:00 AM

## ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC). It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2010-01, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

Texas Car Mart Inc's $2,082.97 secured claim and Habitat For Humantiy's $1,046.00 secured claim shall be paid over a 36 month term.

# # # End of Order # # #

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee